**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-16-0000438**
**15-OCT-2018**
**11:57 AM**

NO. CAAP-16-0000438

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

KUKI'O GOLF AND BEACH CLUB, INC.,
Plaintiff-Appellant,
v.
LAKE-ISLAND HOLDINGS, LLC, a Nevada Limited
Liability Company; JEFFREY REIMER; PATRICIA MCGUIRE,
Defendants-Appellees,
and
JOHN and JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 15-1-268K)

ORDER APPROVING THE STIPULATION FOR DISMISSAL
(By: Ginoza, Chief Judge, Leonard and Chan, JJ.)

Upon consideration of the Stipulation for Dismissal filed on October 3, 2018, by Plaintiff-Appellant Kuki'o Golf and Beach Club, Inc., and the record, it appears that:

(1) the appeal was docketed on May 31, 2016;

(2) the parties stipulate to dismiss the appeal with prejudice, pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b);

(3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and

(4) the parties agree to bear their own costs and attorneys' fees.

Therefore, IT IS HEREBY ORDERED that the Stipulation for Dismissal is approved and the appeal is dismissed with prejudice.  The parties shall bear their own costs and attorneys' fees incurred with respect to this appeal.

DATED: HONOLULU, HAWAI'I, October 15, 2018.

Chief Judge

Associate Judge

Associate Judge